■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY M. BABCOCK, Appellant. [40 NYS3d 917]—Appeals by the defendant, as limited by his brief, from a sentence and an amended sentence of the County Court, Dutchess County (Greller, J.), both imposed January 21, 2015, on the ground that the sentence and amended sentence were excessive.

Ordered that the sentence and amended sentence are affirmed.

The sentence and the amended sentence imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Austin, Roman and Cohen, JJ., concur.